12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Summons for Person Under Supervision

Name of Person: **Sione Tauhi Pututau**                           Docket Number:   **1:20CR00112-001**

Name of Sentencing Judicial Officer:         **Honorable Ted Stewart**
                                             **Senior U.S. District Judge**

Date of Original Sentence:           **April 6, 2022**
Original Offense: **Conspiracy to Defraud the United States, Theft of Firearms from Licensed Dealer**
Original Sentence:   **30 months imprisonment/ 36 months supervised release**

Type of Supervision: **Supervised Release**             Supervision Began: **January 22, 2024**

---

### PETITIONING THE COURT

☒   To issue a summons            ███████████████████████████████████████

---

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On December 6, and December 19, 2024, the person under supervision submitted a urine sample, which tested positive for cannabinoids.

**Allegation No. 2:** On January 3, 2025, the person under supervision submitted a urine sample, which tested positive for cannabinoids.

**Allegation No. 3:** On May 2, 2025, the person under supervision submitted a urine sample, which tested positive for cannabinoids.

**Allegation No. 4:** On February 5, May 24, July 18, September 28, November 8, November 20, December 23, 2024, and April 26, 2025, the person under supervision failed to submit to drug testing as directed by his officer.

Evidence in support of this allegation is derived from testing records and direct supervision efforts of U.S. Probation.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Marty Warneke*
by Martin Warneke
U.S. Probation Officer
June 4, 2025

PROB 12C
D/UT 12/17

Sione Tauhi Pututau
1:20CR00112-001

**THE COURT ORDERS:**

☑ The issuance of a summons
☐ The issuance of a warrant and tolling of the supervision time
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____
☐ No action
☐ Other

_____
Honorable Ted Stewart
Senior United States District Judge

Date: 6/4/2025